1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TARA I. ALLEN, Bar #235549
   Staff Attorney
3  JOHN BUCHHOLZ
   Certified Student Attorney
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6

7  Attorney for Defendant
   RICHARD SWAYZE
8

9

10                IN THE UNITED STATES DISTRICT COURT

11               FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14 UNITED STATES OF AMERICA,    ) Mag No. 07-0043-KJM
                                )
15            Plaintiff,        )
                                ) NOTICE OF MOTION TO SUPPRESS AND
16     v.                       ) BRIEFING SCHEDULE, AND MOTION TO
                                ) VACATE COURT TRIAL AND ORDER
17 RICHARD SWAYZE,              )
                                ) Date: April 5, 2007
18            Defendant.        ) Time: 10:00 am
                                ) Judge: Hon. Kimberly J. Mueller
19 _____)

20
   TO:  MCGREGOR W. SCOTT, United States Attorney, MATTHEW STEGMAN,
21      Assistant United States Attorney, and REBEKAH GIBSON, Certified
        Student Attorney:
22
        PLEASE TAKE NOTICE that on April 5, 2007,[1] or on any date
23
   thereafter when this motion may be heard by the Court, Defendant,
24

25  _____

26      [1]Defense counsel acknowledges that the motion filed on March 15th
   is 10 days late under Local Rule Crim 12-430.  Given the student
27 attorney's case load and the absence of the misdemeanor unit's
   supervising attorney, the defense diligently reviewed the discovery
28 received on or about February 27, 2007 and filed the motion as soon as
   practicable.

1  RICHARD SWAYZE, by and through his counsel TARA I. ALLEN, Staff
2  Attorney of the Federal Defenders Office, and John Buchholz, Certified
3  Law Student, will move this Court to suppress all evidence and
4  statements obtained as a result of an illegal search and seizure of Mr.
5  Swayze on November 30, 2007.
6     Furthermore, Mr. Swayze hereby requests this Court to vacate the
7  court trial set for March 26, 2007 at 10:00 a.m. and set this case for
8  a motion to suppress hearing on April 5, 2007 at 10:00 a.m.
9     As a defense motion has already been filed, the defense requests
10 the following be the briefing schedule to file motions:
11     Governments' response due  . . . . . . . Wednesday, March 28, 2007
12     Defendants' Reply due . . . . . . . . . .    Monday, April 2, 2007
13     Motion to Suppress Hearing . . . . . . . .  Thursday, April 5, 2007
14    The court trial will be set by the court following the motion to
15 suppress hearing.  This case is not affected by the Speedy Trial Act
16 because all offenses charged are Class B Misdemeanors and this request
17 is made in good faith.

19 Dated:   March 19, 2007
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Tara I. Allen
                                    _____
                                    TARA I. ALLEN
                                    Staff Attorney
                                    Attorney for Defendant
                                    RICHARD SWAYZE



28 / / /

-2-

1 **O R D E R**

2   IT IS SO ORDERED.

3 Dated:  March 22, 2007.

4 _____
  U.S. MAGISTRATE JUDGE